# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| HOANG NGOC DAO,<br><br>            Plaintiff,<br>   v.<br><br>PAMELA BONDI et al.,<br><br>            Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:25-cv-02340-LK |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the Petition for Writ of Habeas Corpus is GRANTED IN PART and DENIED IN PART with the relief ordered in Dkt. No. 17.

   Dated January 5, 2026.

                                                            Ravi Subramanian
                                                            Clerk of Court

                                                            */s/Natalie Wood*
                                                            Deputy Clerk